◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN KOSITCH, Appellant. [616 NYS2d 990] —Appeal by the defendant from a judgment of the County Court, Putnam County (Sweeney, J.), rendered April 20, 1993, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defen-

dant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Balletta, Ritter, Pizzuto and Florio, JJ., concur.